```
                 UNITED STATES DISTRICT COURT
                 EASTERN DIVISION OF KENTUCKY
                   CENTRAL DIVISION at LEXINGTON


SAMANTHA COMPTON,              )
                               )
    Plaintiff,                 )
v.                             )      Civil Case No.
                               )      5:12-cv-302-JMH
CITY OF HARRODSBURG,           )
KENTUCKY, ET AL.,              )   MEMORANDUM OPINION & ORDER
                               )
    Defendants.                )
                               )
```

                                 ***

   This matter is before the Court on Defendant Ernie Kelty's Motion for Judgment on the Pleadings [DE 26]. Plaintiff has responded [DE 28] and Kelty has replied [DE 30]. This matter is now ripe for consideration.

   Relying on this Court's Memorandum Opinion and Order dated February 23, 2013 [DE 24] holding that there was no private right of action under KRS § 620.030, Kelty argues that Plaintiff's claim against him for failure to report child abuse under KRS § 620.030 should be dismissed. However, this Court's subsequent Memorandum Opinion and Order [DE 32], dated May 10, 2013, vacated and amended the portion of the February 23, 2013 on which Kelty relies. Plaintiff's claim under KRS § 446.070 for a violation of KRS § 620.030 remains. Accordingly, for the

reasons more fully set forth in this Court's subsequent Memorandum Opinion and Order [DE 32], dated May 10, 2013,

**IT IS ORDERED** that Defendant Ernie Kelty's Motion for Judgment on the Pleadings [DE 26] is, and the same hereby is, **DENIED**.

This the 10th day of May, 2013.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge